

dence and awarded custody in the manner it believed would be in the best interests of the child. This presumption is based upon the trial court's better position to judge not only the credibility of the witnesses and parties directly but also their sincerity, character, and other trial intangibles which might not be completely revealed by the record. *Hartig*, 738 S.W.2d at 161.

The court's order is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law.

Judgment affirmed.

GARY M. GAERTNER, P.J., and CRIST, J., concur.

### ORDER

PER CURIAM.

McCulloch Products, Inc. appeals from a judgment of $10,759.50 entered against it on May 17, 1989, based on a counterclaim filed by Schoeneweis Tool & Die Co., Inc., for damages for breach of contract and breach of warranty arising out of the manufacture and sale to Schoeneweis of defective "spool pulleys" used in the textile industry.

We affirm. There was substantial evidence to support the judgment of the trial court and the judgment was not against the weight of the evidence. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). An extended opinion would serve no precedential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment. Rule 84.16(b).

**McCULLOCH PRODUCTS, INC.,**
**Plaintiff–Appellant,**

v.

**SCHOENEWEIS TOOL & DIE CO.,**
**INC., Defendant–Respondent.**

No. 56840.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 10, 1990.

Michael S. Wright, Warrenton, for plaintiff-appellant.

Richard Greenberg, Clayton, for defendant-respondent.

**Rodney Earl HARRIS,**
**Movant–Appellant,**

v.

**STATE of Missouri,**
**Respondent–Respondent.**

No. 57048.

Missouri Court of Appeals,
Eastern District,
Division One.

April 10, 1990.